## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CRIMINAL CASE NO. 1:19-cr-00107-MR-WCM-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| (1) MICHELLE RENEE MESCALL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 54].

Upon review of the Government's Motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 54] is **GRANTED**, and Counts One and Two of the Bill of Indictment in the above-captioned case, are hereby **DISMISSED WITHOUT PREJUDICE** as to the Defendant Michelle Renee Mescall only.

The Clerk of Court is respectfully directed to provide a copy of this Order to counsel for the Government, counsel for the Defendant, the United States Marshals Services, and the United States Probation Office.

Signed: August 24, 2020

**IT IS SO ORDERED.**

Martin Reidinger
Chief United States District Judge